IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LAWRENCE "LARRY" LEE RAMIREZ                                    PLAINTIFF

v.                                    CASE NO.  08-5038

SHERIFF KEITH FERGUSON;
CAPT.  HUNTER PETRAY;
DEPUTY POP;
DR.  HUSKINS                                                   DEFENDANTS

## O R D E R

As it appears this case may be resolved on motion for summary judgment, the Defendants

are directed to file such a motion on or before September 17, 2008.  Plaintiff is directed not to

respond to the motion for summary judgment until so ordered by the Court.

IT IS SO ORDERED this 17th day of July 2008.


/s/ *J.  Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE