```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**LAWRENCE "LARRY" LEE RAMIREZ**                                        **PLAINTIFF**

**v.**                      **CIVIL NO. 08-5038**

**SHERIFF KEITH FERGUSON, ET AL.**                                      **DEFENDANT**

## ORDER

Now on this 13TH day of October 2010, comes on for consideration the Magistrate Judge's Report and Recommendation (Doc. 49). Fourteen (14) days have passed without any objections being filed. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 49) is hereby **adopted in *toto*;**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **Plaintiff's Motion to Dismiss** (Doc. 40) is hereby **denied as moot.**

IT IS SO ORDERED.

                                    /s/ Jimm Larry Hendren
                                    HON. JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE